UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RC RECREATION DEVELOPMENT, LLC,

Plaintiff,

-against-

The TOWN OF YORKTOWN, N.Y., et al.,

Defendants.

**ORDER**

25-CV-08253 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff commenced the instant action on October 6, 2025. (Doc. 1). The docket sheet indicates that on November 14, 2025, Plaintiff served Defendants the Town of Yorktown, N.Y. (Doc. 35, Doc. 46), Matthew J. Slater (Doc. 32, Doc. 45), Sergio Esposito (Doc. 36, Doc. 47), and John H. Landi (Doc. 31, Doc. 44) (collectively, the "Town Defendants"); and on November 18, 2025, it served Defendants Yorktown Golf Group, Inc. (Doc. 34, Doc. 42), Anthony Stallone (Doc. 33, Doc. 43), and Carmine Demeglio (Doc. 30) (collectively, the "Golf Group Defendants" and together with the Town Defendants, "Defendants").

On December 5, 2025, the Golf Group Defendants filed answers to the Complaint. (Doc. 38, Doc. 39, Doc. 40). On December 15, 2025, the Town Defendants filed a pre-motion letter in anticipation of a motion to dismiss. (Doc. 41). A pre-motion conference was scheduled for January 6, 2026 (Doc. 49).

On December 29, 2025, Plaintiff filed a First Amended Complaint, annexing thereto a redlined version of the pleading. (Doc. 53). Because the amended pleading was filed outside the windows for amending as a matter of course as provided in Fed. R. Civ. P. 15(a)(1), Plaintiff was required to first obtain Defendants' written consent or the Court's leave. The Court construes the filing, however, as Plaintiff's request for leave to file a First Amended Complaint. Upon review

of the proposed amended pleading and in light of the principle that courts should freely give leave to amend pleadings when justice so requires, Plaintiff's request is granted and the proposed First Amended Complaint is hereby deemed filed.

Defendants shall answer or otherwise file a pre-motion letter addressed to the First Amended Complaint by January 13, 2026.

The pre-motion conference scheduled for January 6, 2026 is cancelled.

**SO ORDERED:**

Dated:    White Plains, New York
          December 30, 2025

_____
PHILIP M. HALPERN
United States District Judge

2