UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RC RECREATION DEVELOPMENT, LLC,

Plaintiff,

-against-

The TOWN OF YORKTOWN, N.Y., et al.,

Defendants.

**ORDER**

25-CV-08253 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today by telephone for a pre-motion conference. Having thoroughly considered Plaintiff's letter-motion seeking leave to amend and substitute (Doc. 84), Defendants' responses thereto (Doc. 85, Doc. 87), and after permitting the parties an opportunity to be heard, the Court exercised its discretion to deem the letter-motion as the motion itself. *In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011); *Brown v. New York*, 2022 WL 221343, at *2 (2d Cir. Jan. 26, 2022). For the reasons stated on the record and law cited therein, Plaintiff's motion for leave to file an amended complaint and substitute the plaintiff is DENIED.

With respect to Plaintiff's discovery letter (Doc. 88), the Court ruled that any request returnable after the close of discovery is hereby vacated. The request to stay and direct withdrawal of the subpoenae is denied.

Defendants the Town of Yorktown, Matthew J. Slater, Sergio Esposito, and John H. Landi are directed to file a letter by 5:00 p.m. on October 9, 2026, advising whether they will withdraw the extant motion to dismiss and file an answer. They shall also advise if they require additional time to complete the prerequisites required by the Court's Individual Practices in anticipation of a motion for summary judgment.

Counsel for Plaintiff is directed to meet and confer with Plaintiff concerning a settlement demand. The parties shall file a letter with the Court if they request a referral to the designated Magistrate Judge for settlement.

**SO ORDERED:**

Dated: White Plains, New York
October 6, 2026

PHILIP M. HALPERN
United States District Judge