WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Application granted. The motion to dismiss (Doc. 71) is deemed withdrawn and without prejudice. The Town Defendants' answer shall be filed and served by October 27, 2026. The time for the parties to file any summary judgment pre-motion letter and Rule 56.1 Statement with responses is extended to November 5, 2026. The conference scheduled for November 4, 2026 is adjourned sine die.
The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 71 and the letter-motion pending at Doc. 94.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 13, 2026

October 9, 2026

**Via ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *RC Recreation Development, LLC v. The Town of Yorktown, N.Y. et al.*,
Index No. 7:25-CV-08253 (PMH), File No. 24256.00008

Dear Judge Halpern:

We represent The Town of Yorktown (the "Town"), Matthew J. Slater, Sergio Esposito, and John H. Landi (collectively, the "Town Defendants") in this action. We write pursuant to the Court's October 6, 2026 Order (ECF Doc. No. 93) to respectfully request leave to withdraw the Town Defendants' pending motion to dismiss (ECF Doc. Nos. 71-73), without prejudice to the Town Defendants' ability to raise the arguments and issues presented therein, as appropriate, in a subsequent motion for summary judgment. No ruling has been issued on the pending motion.

If the Court grants leave to withdraw the motion, the Town Defendants respectfully request that they be permitted to file their Answer to the Amended Complaint within two (2) weeks of the date of the Court's order granting such leave.

The Town Defendants also respectfully request that the deadline for the parties to file their joint Rule 56.1 Statement and pre-motion letters regarding any anticipated motion for summary

judgment be extended from October 15, 2026 to November 5, 2026. All parties consent to this request, which is the first request for an extension of this deadline.

Respectfully submitted,



__________________________
Janine A. Mastellone, Esq.
Benjamin W. Sonnenfeldt, Esq.